**Affirmed and Memorandum Majority and Concurring Opinions filed November 8, 2022.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-21-00229-CR

---

## CHRIS LONELL HOLLOWAY, Appellant

### V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 337th District Court
Harris County, Texas
Trial Court Cause No. 1603520**

---

### MEMORANDUM CONCURRING OPINION

I concur in the court's judgment and join in the opinion as to issue one. Issue two was not preserved, so I do not join in that portion of the opinion and express no opinion on it. *See* Tex. R. App. P. 33.1(a).

/s/ Charles A. Spain
   Justice

Panel consists of Chief Justice Christopher and Justices Bourliot and Spain (Bourliot, J., majority).
Do Not Publish — TEX. R. APP. P. 47.2(b).